ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No.: 000390
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
(702) 384-7000 (telephone)
efile@alversontaylor.com

FAEGRE BAKER DANIELS LLP
John P. Mandler, Esq.
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
*Admitted Via Pro Hac Vice*

Attorneys for Defendant
BIOMET, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**

| | |
|---|---|
| EARL NEAL STONE II,<br><br>Plaintiff,<br><br>vs.<br><br>BIOMET, INC., DOE Individuals I through X; ROE Corporations and Organizations I through,<br><br>Defendants. | CASE NO.: 2:17-cv-02672-APG-CWH<br><br>**ORDER** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff, Earl Neal Stone II ("Plaintiff"), and the defendant, Biomet, Inc. ("Defendant"), by their respective counsel, stipulate that all of Plaintiff's claims against the Defendant are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

4/10/2018
UNITED STATES DISTRICT JUDGE

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

DAY NANCE ATTORNEYS

By: ***/s/ James R. Nance, Esq.*
James R. Nance
Steven L. Day
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone: (702) 309-3333

Attorneys for Plaintiff,
Earl Neal Stone III

***** [Electronic signature used with permission]***

FAEGRE BAKER DANIELS LLP

By: [signature]
John Mandler (*Pro Hac Vice*)
2200 Wells Fargo Center
90 S. 7th St.
Minneapolis, MN 55402
Telephone: (312) 2112-6500

Eldin Hasic (*Pro Hac Vice*)
110 W. Berry St., #2400
Fort Wayne, IN 46802
Telephone: (260) 460-1700

LeAnn Sanders
Liam O'Gorman-Hoyt
ALVERSON TAYLOR MORENSON & SANDERS
7401 West Charleston Blvd.
Las Vegas, Nevada 89117
Telephone: (702) 384-7000

Attorneys for Defendant,
Biomet, Inc.

**ORDER**

IT IS SO ORDERED.

Dated this ______day of ______________________2018.

______________________________
UNITED STATES DISTRICT COURT JUDGE

n:\leann.grp\roe\z-hold for review\25129 sao for dismissal.doc